## 46853. COTTON STATES MUTUAL INSURANCE COMPANY v. PROUDFOOT.

PER CURIAM. This court's previous judgment in 126 Ga. App. 799 (191 SE2d 870), is vacated and the judgment of the Supreme Court in *Proudfoot v. Cotton States Mutual Ins. Co.,* 230 Ga. 169, is hereby made the judgment of this court.

*Judgment affirmed. Bell, C. J., Hall, P. J., Eberhardt, P. J., Pannell, Deen, Quillian, Clark and Stolz, JJ., concur. Evans J., concurs specially.*

DECIDED MARCH 14, 1973.

*Fendig, Dickey, Fendig & Whelchel, J. Thomas Whelchel, for appellant.*
*Nightingale, Liles & Dennard, Thomas E. Dennard, Jr., for appellee.*

EVANS, Judge, concurring specially. I cheerfully concur in the judgment of the Supreme Court in these two cases. When these cases were considered by this court, Chief Judge Bell and Judges Pannell, Clark and I were in the minority, but the Supreme Court has corrected this mistake and has written the final decision substantially in accord with our position.

I especially point out that the present judgment of the Court of Appeals, following the decision of the Supreme Court, is now one of affirmance of the lower court *in both cases.*